F I L E D

07 DEC 12 PM 4:49

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07 CR 3357 BEN |
|---|---|
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| JORGE ALEJANDRO | ) 960 - Importation of Marijuana; |
| CORREA-RODRIGUEZ, | ) Title 21, U.S.C., Sec. 841(a)(1) - |
| | ) Possession of Marijuana with |
| Defendant. | ) Intent to Distribute |

The grand jury charges:

Count 1

On or about December 1, 2007, within the Southern District of California, defendant JORGE ALEJANDRO CORREA-RODRIGUEZ did knowingly and intentionally import 100 kilograms and more, to wit: approximately 139.23 kilograms (306.31 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JJO:fer:San Diego
12/10/07

Count 2

On or about December 1, 2007, within the Southern District of California, defendant JORGE ALEJANDRO CORREA-RODRIGUEZ did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 139.23 kilograms (306.31 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 12, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney