1  **ELIZABETH M. BARROS**
   California Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467 ext. 3701
4

5  Attorneys for Mr. Correa

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE ROGER T. BENITEZ)**

11 | UNITED STATES OF AMERICA,        ) U.S.D.C. No. 07CR3357-BEN
                                      )
12 |                                  ) Date:  January 28, 2008
                                      ) Time:  2:00 p.m.
13 |             Plaintiff,            )
                                      ) NOTICE OF MOTIONS AND MOTIONS TO:
14 | v.                                )
                                      ) (1)  PRESERVE EVIDENCE AND COMPEL
15 | JORGE ALEJANDRO                   )      DISCOVERY;
                  CORREA-RODRIGUEZ,    ) (2)  DISMISS INDICTMENT DUE TO
16 |                                  )      MISINSTRUCTION OF GRAND JURY;
                                      )      AND
17 |             Defendant.            ) (3)  GRANT LEAVE TO FILE FURTHER
                                      )      MOTIONS
18 |_____ )

19  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
           STEVEN DeSALVO, ASSISTANT UNITED STATES ATTORNEY:
20

21        PLEASE TAKE NOTICE that on January 28, 2008 at 2:00 p.m., or as soon thereafter as counsel

22 may be heard, Defendant Jorge Alejandro Correa-Rodriguez, by and through his attorneys, Elizabeth M.

23 Barros and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

24 motions.

25 //

26 //

27 //

28 //

**MOTIONS**

Defendant Jorge Alejandro Correa-Rodriguez, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Preserve Evidence and Compel Discovery;

(2) Dismiss Indictment Due to Misinstruction of the Grand Jury; and

(3) Grant Leave to File Further Motions.

This motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 14, 2008

/s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Correa-Rodriguez