1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Jorge Alejandro Correa-Rodriguez

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE ROGER T. BENITEZ)**

11 | UNITED STATES OF AMERICA,    )   Case No. 07CR3357-BEN
                                  )
12 |          Plaintiff,           )
                                  )
13 | v.                            )   **CERTIFICATE OF SERVICE**
                                  )
14 | JORGE ALEJANDRO CORREA-RODRIGUEZ, )
                                  )
15 |          Defendant.           )
   |_____)
16

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov
19

20                                    Respectfully submitted,

22 DATED:      January 14, 2008          /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Jorge Alejandro Correa-Rodriguez