| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | STEVEN DE SALVO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 199904 |
| | steven.desalvo@usdoj.gov |
| 4 | United States Office Building |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California  92101 |
| | Telephone:  (619) 557-7032 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3357-BEN |
| 11 | Plaintiff, ) | DATE: February 11, 2008 |
| | ) | TIME: 2 p.m. |
| 12 | v. ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| 13 | ) | RECIPROCAL DISCOVERY |
| | JORGE ALEJANDRO ) | |
| 14 |   CORREA-RODRIGUEZ, ) | |
| | ) | |
| 15 | Defendant. ) | |
| | ) | |
| 16 | _____ ) | |

17        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18   Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney,

19   and hereby files its MOTION FOR RECIPROCAL DISCOVERY.  Said motion is based upon the

20   files and records of the case, argument, and Government's motion for reciprocal discovery.

21

22

23

24

25

26

27

28

**I.**

**RECIPROCAL DISCOVERY**

The Government hereby requests the defendant to deliver all material to which the Government may be entitled under Fed. R. Crim. P. 16(b) and 26.2.

**II**

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests reciprocal discovery.

DATED: February 8, 2008

                        Respectfully submitted,

                        KAREN P. HEWITT
                        United States Attorney

                        s/ Steven De Salvo

                        STEVEN DE SALVO
                        Assistant U.S. Attorney
                        steven.desalvo@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3357-BEN |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JORGE ALEJANDRO, CORREA-RODRIGUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DESALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of MOTION FOR RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Siri Shetty**
Law Offices of Siri Shetty
110 W. C Street, Suite 1810
San Diego, CA 92101
attyshetty@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2008

                                                       s/ Steven De Salvo
                                                     STEVEN DE SALVO