1 **SIRI SHETTY**
Law Office of Siri Shetty
2 California State Bar Number 208812
110 West "C" Street
3 San Diego, California 92101-5008
Telephone: (619) 602-8479

4

5 Attorneys for Defendant Jorge Correa-Rodriguez

6

7

8                              UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10                             **(HONORABLE ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,          )    Case No. 07CR3357
                                      )
12               Plaintiff,           )    JOINT MOTION TO CONTINUE
                                      )    MOTION HEARING DATE
13 v.                                 )
                                      )
14 JORGE ALEJANDRO                    )
                 CORREA-RODRIGUEZ,    )
15                                    )
                                      )
16               Defendant.           )
   _____)

17

18

19        **IT IS HEREBY STIPULATED** by and between the parties that the motion hearing in this

matter presently scheduled before the Honorable Roger T. Benitez for March 3, 2008 at 2:00 p.m.., be
20
continued to April 1, 2007, at 2:00 p.m. for motion hearing.
21
        The joint continuance is requested because of the prosecutor is currently ill.
22
The parties further stipulate and agree that there is good cause for the continuance and the
23
time between March 3, 2008 and April 1, 2008, is excludable under the Speedy Trial Act.
24
        **SO STIPULATED**.
25

26           2/27/08                      s/ Siri Shetty
   Dated: _____     _____
27                                SIRI SHETTY
                                  Attorney for Defendant Correa-Rodriguez
28                                Email: attyshetty@yahoo.com

1

2  Dated: _____  2/27/08          s/ Siri Shetty

3                                               STEPHEN DESALVO
                                                Assistant United States Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28