**LAW OFFICE OF SIRI SHETTY**
Siri Shetty, Cal. Bar No. 208812
110 West "C" Street
San Diego, California 92101-3909
Telephone:    (619) 602-8479
Facsimile:    (619) 232-7735
attyshetty@yahoo.com
Attorney for Defendant
JORGE RODRIGUEZ-CORREA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                )<br>          Plaintiff,                                        )<br>                                                                )<br> v.                                                           )<br>                                                                )<br>                                                                )<br>                                                                )<br> JORGE CORREA-RODRIGUEZ,         )<br>                                                                )<br>                                                                )<br>                                                                )<br>          Defendant.                                   )<br>_____) | Case No. 07CR3357<br><br>Date:   April 21, 2008<br>Time:    9:00 p.m.<br><br> NOTICE OF *IN-LIMINE* MOTIONS AND<br>*IN-LIMINE* MOTIONS TO:<br><br>(1) Exclude Rule 404(b) evidence;<br><br>(2) Exclude expert testimony;<br><br>(3) Exclude poverty evidence. |

TO:       KAREN HEWITT, UNITED STATES ATTORNEY, and
             STEPHEN DESALVO, ASSISTANT UNITED STATES ATTORNEY

   PLEASE TAKE NOTICE that as soon thereafter as counsel may be heard, the defendant, Jorge Correa-Rodriguez, by and through his counsel, Siri Shetty, will ask this Court to enter an order granting the following *in-limine* motions.

//
//
//
//

**MOTION**

The defendant, Jorge Correa-Rodriguez, by and through his attorney, Siri Shetty, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to grant his *inlimine* motions to:

1) Exclude 404 (b) evidence; Permit counsel to disclose discovery to investigator;
2) Exclude expert testimony;
3) Exclude poverty evidence.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

S/Siri Shetty

Dated: April 16, 2008

SIRI SHETTY
Attorneys for Mr. Correa-Rodriguez
Email: attyshetty@yahoo.com