UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3357 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| JORGE CORREA-RODRIGUEZ, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Siri Shetty, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF DEFENDANT'S IN-LIMINE MOTIONS AND MOTIONS IN -LIMINE**. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

Stephen Desalvo        stephen.desalvo@usdoj.gov, efile.dkt.gc1@usdoj.gov,

I declare that the foregoing is true and correct.

Executed on: April 16, 2008                                              *s/Siri Shetty*

Attorney for Defendant
Email: attyshetty@yahoo.com