**SIRI SHETTY**
Law Office of Siri Shetty
California State Bar Number 208812
110 West "C" Street
San Diego, California  92101-5008
Telephone:  (619) 602-8479
Facsimile: (619)232-7735
Email: attyshetty@yahoo.com

Attorneys for Defendant Jorge Correa-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3357 |
| ) | |
| Plaintiff, ) | JOINT MOTION TO CONTINUE IN-LIMINE |
| ) | MOTION HEARING AND TRIAL |
| v. ) | |
| ) | |
| JORGE ALEJANDRO ) | |
| CORREA-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the *in-limine* hearing and trial in this matter presently scheduled before the Honorable Roger T. Benitez for April 21, 2008 at 2:00 p.m., and April 22, 2008 at 9:30 be continued to June 30, 2008, at 2:00 p.m. for *in-limine* hearing and July 1, 2008 at 9:30 a.m. for trial.

The joint continuance is requested because anticipated discovery from the government, specifically a transcript of the defendant's videotaped statement, will not be available until late May, 2008.

The parties further stipulate and agree that there is good cause for the continuance and the time between April 21 and 22, 2008 and June 30 and July 1, 2008, is excludable under the Speedy Trial Act.

**SO STIPULATED**.

Dated: 4/16/08         s/ Siri Shetty

SIRI SHETTY
Attorney for Defendant Correa-Rodriguez

```
                                            Email: attyshetty@yahoo.com


       Dated:  4/16/08                      s/ Siri Shetty
              _____           _____
                                            STEPHEN DESALVO
                                            Assistant United States Attorney
```