1  **SIRI SHETTY**
   Law Office of Siri Shetty
2  California State Bar Number 208812
   110 West "C" Street
3  San Diego, California  92101-5008
   Telephone:  (619) 602-8479
4  Facsimile: (619)232-7735
   Email: attyshetty@yahoo.com
5

6  Attorneys for Defendant Jorge Correa-Rodriguez

7

8

9                           UNITED STATES DISTRICT COURT

10                         SOUTHERN DISTRICT OF CALIFORNIA

11                            **(HONORABLE ROGER T. BENITEZ)**

12  UNITED STATES OF AMERICA,           )    Case No. 07CR3357
                                        )
13            Plaintiff,                )    JOINT MOTION TO CONTINUE IN-LIMINE
                                        )    MOTION HEARING AND TRIAL
14  v.                                  )
                                        )
15  JORGE ALEJANDRO                     )
              CORREA-RODRIGUEZ,         )
16                                      )
                                        )
17            Defendant.                )
                                        )
18

19       **IT IS HEREBY STIPULATED** by and between the parties that the *in-limine* hearing and

20  trial in this matter presently scheduled before the Honorable Roger T. Benitez for April 21, 2008 at 2:00 p.m.,

21  and April 22, 2008 at 9:30 be continued to June 30, 2008, at 2:00 p.m. for *in-limine* hearing and July 1, 2008

    at 9:30 a.m. for trial.
22
         The joint continuance is requested because anticipated discovery from the government,
23
    specifically a transcript of the defendant's videotaped statement, will not be available until late May, 2008.
24
         The parties further stipulate and agree that there is good cause for the continuance and the
25
    time between April 21 and 22, 2008 and June 30 and July 1, 2008, is excludable under the Speedy Trial Act.
26
         **SO STIPULATED**.
27

28          4/16/08                              s/ Siri Shetty
    Dated: _____                        _____
                                                 SIRI SHETTY
                                                 Attorney for Defendant Correa-Rodriguez

Email: attyshetty@yahoo.com

Dated: 4/16/08

s/ Stephen Desalvo
STEPHEN DESALVO
Assistant United States Attorney