| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | STEVEN DE SALVO<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 199904<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone No: (619) 557-6074<br>Attorneys for Plaintiff |
| 6 | |
| 7 | SIRI SHETTY<br>California State Bar No. 208812 |
| 8 | Law Offices of Siri Shetty<br>110 W C Street, Ste 1810<br>San Diego, CA, 92101 |

I.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3357-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JOINT MOTION FOR CONTINUANCE** |
| v. | ) | |
| | ) | |
| JORGE ALEJANDRO<br>  CORREA-RODRIGUEZ, | ) | |
| | ) | **WITH ATTACHED DECLARATION BY** |
| Defendant. | ) | **STEVEN DE SALVO** |

The parties in the above-captioned case, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and defense counsel Siri Shetty, on behalf of defendant FRANCISCO ALVAREZ-PEREZ, hereby jointly move this court for an order continuing the Trial date from April 22, 2008, to July 1, 2008. The continuance is necessary to permit the translation and transcription of a 116-minute tape recording of Defendant's post-arrest statement, which will take approximately four to five weeks. This motion is supported by the attached Declaration of Steven De Salvo.

Dated:     April 16, 2008            Respectfully submitted,

*/s/ Steven De Salvo*

STEVEN DE SALVO
Assistant U.S. Attorney

*/s/ Siri Shetty*

SIRI SHETTY
Counsel to Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JORGE ALEJANDRO<br>　CORREA-RODRIGUEZ,<br><br>　　　　　　Defendant. | )　Criminal Case No. 07CR3357-BEN<br>)<br>)<br>)　CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY CERTIFIED THAT:

　　　I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of **JOINT MOTION FOR CONTINUANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　Siri Shetty

　　　Law Offices of Siri Shetty
　　　110 W C Street, Ste 1810
　　　San Diego, CA, 92101

　　　attyshetty@yahoo.com

　　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　　None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on April 16, 2008.

　　　　　　　　　　　　　　　　　　　　　/s/ *Steven De Salvo*
　　　　　　　　　　　　　　　　　　　　　STEVEN DE SALVO