```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEVEN DE SALVO
    Assistant U.S. Attorney
 3  California Bar No. 199904
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone No.: (619) 557-7032
    Facsimile No.:  (619) 235-2757
 6
    Attorneys for Plaintiff
 7  United States of America
```

                                  **UNITED STATES DISTRICT COURT**

                                  **SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR3357-BEN |
|---|---|---|
| Plaintiff, | ) | **DECLARATION IN SUPPORT OF** |
| v. | ) | **JOINT MOTION FOR CONTINUANCE** |
| JORGE ALEJANDRO CORREA-RODRIGUEZ, | ) | |
| Defendant. | ) | |

       I, Steven De Salvo, hereby declare as follows:

       1.    I am an Assistant United States Attorney for the Southern District of California.

       2.    I am assigned to the above-captioned case for Trial, which is set for April 22, 2008, at 9:30 a.m.

       3.    Defense attorney Siri Shetty and the United States are requesting a continuance in the Trial for this case. The continuance is necessary because a 116-minute tape of Defendant's post-arrest statement, which is in the Spanish language, needs to be translated and transcribed. According to Carlos Izquierdo, Spanish translator for the U.S. Attorney's Office, accurate translation and transcription of a tape of this length typically takes 4 to 5 weeks, regardless of whether the work is done by him or by an outside contractor.

       4.    The United States typically does not submit a tape of this length for translation and transcription unless the case is reasonably certain to go to trial, due to the great expense of money and

1 manpower associated with the translation. According to Mr. Isquierdo, a 116-minute tape takes
2 appoximately116 hours (one hour per minute) to translate, at a cost of $55 per hour, or $6,380.

3     5. In this case, this Court set the trial date of April 22 with 3 weeks advance notice – which is
4 not sufficient time to obtain a translation of the tape in a timely manner. Unfortunately, during the Trial
5 Setting Hearing, I was not personally present and was unable to inform the court at that time that the
6 April 22, 2008, Trial date would not provide sufficient time to translate the tape.

7     6. Accordingly, the parties therefore respectfully request, pursuant to the attached joint motion,
8 that the sentencing be continued to July 1, 2008, at 9:30 a.m., to permit additional time for the attorneys
9 to obtain a translation and transcription of this taped evidence. The July 1, 2008, date has been cleared
10 through the deputy clerk for the court.

11     7. In addition, the continuance will not cause a Speedy Trial problem; the United States has
12 filed Motions in Limine in this case, and defense counsel Siri Shetty has represented to me that she
13 intends to file Motions in Limine as well, which will exclude time under the Speedy Trial Act during
14 the pendency of the motions.

15     Dated: April 16, 2008        */s/ Steven De Salvo*

16                                     STEVEN DE SALVO
                                      Assistant U.S. Attorney