1  **SIRI SHETTY**
   Law Office of Siri Shetty
2  California State Bar Number 208812
   110 West "C" Street
3  San Diego, California  92101-5008
   Telephone:  (619) 602-8479
4  Facsimile: (619)232-7735
   Email: attyshetty@yahoo.com
5

6  Attorneys for Defendant Jorge Correa-Rodriguez

7

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11                      **(HONORABLE ROGER T. BENITEZ)**

12 UNITED STATES OF AMERICA,            )   Case No. 07CR3357
                                        )
13          Plaintiff,                  )   JOINT MOTION TO CONTINUE IN-LIMINE
                                        )   MOTION HEARING AND TRIAL
14 v.                                   )
                                        )
15 JORGE ALEJANDRO                      )
        CORREA-RODRIGUEZ,               )
16                                      )
                                        )
17          Defendant.                  )
                                        )
18

19         **IT IS HEREBY STIPULATED** by and between the parties that the *in-limine* hearing and

20 trial in this matter presently scheduled before the Honorable Roger T. Benitez for June 30, 2008 at 2:00 p.m.,

21 and July 1, 2008 at 9:30 be continued to August 18, 2008, at 2:00 p.m. for *in-limine* hearing and August 19,

   2008 at 9:30 a.m. for trial.
22
           The joint continuance is requested because additional discovery is forthcoming. Specifically,
23
   the government recently interviewed the registered owner of the vehicle and will be providing a report of that
24
   interview.  In order to adequately prepare a defense, counsel needs time to review the report and investigate
25
   that individual (who was arrested for drug smuggling in another vehicle).  In addition, it is anticipated that
26
   the government will also provide a transcript of the defendant's videotaped statement. In light of the
27
   anticipated discovery, counsel is requesting additional time for trial preparation.
28

1         The parties further stipulate and agree that there is good cause for the continuance and the

2 time between June 30 and July 1, 2008 and August 18 and August 19, 2008, is excludable under the Speedy

3 Trial Act.   **SO STIPULATED**.

Dated: 6/12/08

s/ Siri Shetty

SIRI SHETTY
Attorney for Defendant Correa-Rodriguez
Email: attyshetty@yahoo.com

Dated: 6/12/08

s/ Stephen Desalvo

STEPHEN DESALVO
Assistant United States Attorney